EDWARD P. CARR, Respondent, v. OSWALD C. STACKHOUSE and FRANCES S. CARR, etc., Appellants. (2 cases.) — Motions for stay pending appeal granted, without costs, upon condition that appellants within five days after service of the order and notice of entry thereof shall file with the clerk of the court a written undertaking in the sum of $3,000, with corporate surety, to be approved by a justice of this court, to the effect that appellants will not while in possession or control of this property commit or suffer any waste thereon, and that appellants, in case the judgment appealed from shall be affirmed, will pay to the respondent such damages as may be suffered by reason of the appeal. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

JOHN DANIELSEN, an Infant, etc., Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay continued to allow defendant to apply for leave to appeal to the Court of Appeals pursuant to Civil Practice Act, section 588. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

EVA DEMILT, Respondent, v. JAMES H. HART, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

JOSEPH FRIED, Respondent, v. PEPPARD REALTY COMPANY, INC., JAMES LOCKWOOD and Others, Appellants.— Motion for stay denied, without costs. Motion to be permitted to present the two appeals on one record granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

LEWIS GEORGE, Respondent, v. FRANK JARKA, etc., Appellant, Impleaded with Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers, etc., Appellants, v. THE CITY OF NEW YORK and Others, Respondents.— Motion for injunction dismissed, without costs, on the ground that a decision is unnecessary, in view of the action of this court upon the main appeal. [See *ante*, p. 425.] Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Petition of MAURICE B. ATKINSON to Render and Settle His Accounts as Administrator of ELBRIDGE C. ATKINSON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of REUBEN ROBINSON CHANCE for Admission to the Bar. (From the State of New Jersey.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of LOUIS B. DORR for Admission to the Bar. (From the State of Illinois.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.